**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00918-BNB

MICHAEL SHAE GARCIA,

    Applicant,

v.

TRAVIS TRANI, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On April 1, 2014, the Court directed Applicant to Cure Deficiencies. Applicant complied but failed to sign the Application , Applicant shall have fourteen days from the date of this minute order to submit a signed and date Application. Failure to do so within the time allowed will result in the dismissal of the instant action. Applicant shall obtain the Court-approved form used in filing a 28 U.S.C. § 2254 action, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov to use in submitting a properly signed and dated § 2254 application.

Dated: April 25, 2014